# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

138204

RICKY S. BENNETT,
        Plaintiff-Appellant,

v

MACKINAC BRIDGE AUTHORITY, STATE
OF MICHIGAN, DEPARTMENT OF
TRANSPORTATION,
        Defendant-Appellee,
and

AMERICAN PAINTING COMPANY, INC.,
and AMERISURE INSURANCE COMPANY,
        Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138204
COA: 287628
WCAC: 07-000254

On order of the Court, the application for leave to appeal the December 29, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

0527

Clerk